**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tommy D Drew,<br><br>        Plaintiff,<br><br>v.<br><br>Theodora Paul, et al.,<br><br>        Defendants. | No. CV-21-01488-PHX-MTL (ESW)<br><br>**ORDER** |

      The Court has considered Defendant Paul's Motion for Extension of Time to Respond to Plaintiff's Requests for Admissions (Doc. 37).  Good cause appearing,

      IT IS ORDERED granting Defendant Paul's Motion for Extension of Time to Respond to Plaintiff's Requests for Admissions (Doc. 37).  Defendant Paul shall respond to Plaintiff's First Requests for Admission dated May 16, 2022 no later than **July 1, 2022**.

      Dated this 17th day of June, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge