**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tommy D Drew,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Theodora Paul, et al.,<br><br>　　　　Defendants. | No. CV-21-01488-PHX-MTL (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion for Extension of Dispositive Motion Deadline (Second Request) (Doc. 43).  Good cause appearing,

IT IS ORDERER granting the Motion for Extension of Dispositive Motion Deadline (Doc. 43).

IT IS FURTHER ORDERED extending the deadline to file dispositive motions to **September 21, 2022**.

Dated this 13th day of September, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge